In the Matter of the Application of JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, to Remove to the Supreme Court the Action of ROSE DIOGUARDI, Plaintiff, against JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Defendant, Now Pending in the City Court of Yonkers, for the Purpose of Changing the Place of Trial to New York County. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant; ROSE DIOGUARDI, Respondent.— Order denying petitioner's application to remove from the City Court of Yonkers to the Supreme Court the action entitled " Rose Dioguardi, Plaintiff, v. John Hancock Mutual Life Insurance Company, Defendant," and to Change the Place of Trial to the Supreme Court, New York County, reversed on the law, with ten dollars costs and disbursements, and the application granted, without costs. In our opinion it was an improper exercise of discretion to deny the application where it appears that the necessary and material witnesses — except one who resides in Bronx county — to be called by defendant to establish its affirmative defense are residents of New York county, and the City Court of Yonkers has no power to issue its subpœna for service outside the county of Westchester. (*Ballon* v. *Riti*, 239 App. Div. 544.) Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

In the Matter of the Judicial Settlement of the Account of JOHN B. PRUYN and Others, as Executors, etc., of MINOR C. KEITH, Deceased, Respondents; MINOR C. R. KEITH, LILLIE KEITH BONILLA LUCE and DALIA OROZCO CORNWELL, Appellants.— Order of the Surrogate's Court of Suffolk county, entered May 25, 1936, denying appellants' application to vacate certain portions of, and to resettle, amend or modify, an order of said Surrogate's Court dated March 9, 1936, so as to permit the appellants to file and prosecute objections and to litigate a claim against the estate upon the final accounting of the executors, affirmed, with ten dollars costs and disbursements to respondents, payable out of the estate. Appeals from orders of said Surrogate's Court dated March 9, 1936, July 18, 1935, November 4, 1935, and December 23, 1935, dismissed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ., concur.

In the Matter of Plan for the Readjustment, Modification or Reorganization of the Rights of All the Holders of Investments in a Certain Mortgage Covering Premises Known as 181 Rockaway Parkway, Borough of Brooklyn, County of Kings, City and State of New York, and Guaranteed by Bond and Mortgage Guarantee Company, Designated as Guarantee No. 181,513. BERTHA ROSEN and Others, Appellants; MORTGAGE COMMISSION OF THE STATE OF NEW YORK, AKT HOLDING CORPORATION and Others, Respondents.— Order denying motion of certain certificate holders to permit filing of dissents in opposition to a plan of reorganization, to require further notice to be given and to direct a rehearing on such plan affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ., concur.